DRAGO v. DORSEY

(October 21, 1929. Opinion and Decree.)

Guy J. D'Antonio, of New Orleans, attorney for plaintiff, appellee.

P. L. Fourchy, of New Orleans, attorney for defendant, appellant.

PER CURIAM.

The motion to dismiss the appeal is denied for the reasons assigned in the case of Wilson James vs. City of New Orleans, No. 11,883 of the docket of this court, this day decided.